UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADEEL ZAFAR,

                Plaintiff,

-against-                                                                               23-CV-2227 (LTS)

FEDERAL BUREAU OF INVESTIGATION;                      ORDER OF DISMISSAL
NEW YORK POLICE DEPARTMENT,

                Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff is proceeding in this matter *pro se* and *in forma pauperis* ("IFP"). By order dated April 17, 2023, the Court dismissed Plaintiff's complaint, filed under the Court's federal question jurisdiction, for failure to state a claim on which relief may be granted and on immunity grounds, and granted Plaintiff leave to replead his claims. (ECF 4.) The Court stated in that order that if Plaintiff did not file an amended complaint within 60 days, the action would be dismissed. Plaintiff has not filed an amended complaint or otherwise communicated with the Court. Accordingly, the Court dismisses Plaintiff's claims for failure to state a claim on which relief can be granted, and on immunity grounds. The Court declines, under 28 U.S.C. § 1367(c), to exercise supplemental jurisdiction of any state law claims that Plaintiff may be asserting.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:   June 27, 2023
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge